# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jontae Lewis,<br><br>      Plaintiff,<br><br>v.<br><br>Ronald Oliver,<br><br>      Defendant. | Case No.: 2:25-cv-00030-APG-EJY<br><br>**ORDER** |

On January 23, 2025, the Court denied Plaintiff's incomplete application to proceed *in forma pauperis* ("IFP") and granted him until February 28, 2025 to either file a complete IFP or pay the filing fee to commence a civil action. ECF No. 3. On February 26, 2025, Plaintiff filed a Motion for Extend by thirty days the time within which he must file his IFP. ECF No. 4. Plaintiff explains that additional time is need to gather his six month financial certificate. *Id*.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time to file an application to proceed *in forma pauperis* (ECF No. 4) is GRANTED.

IT IS FURTHER ORDERED that on or before **April 17, 2025**, Plaintiff must either pay the $405 filing fee for a civil action or file with the Court: (1) a complete **Application to Proceed *in Forma Pauperis* for Inmate** on the Court's approved form; (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that failure to timely comply with this Order will result in a recommendation to dismiss this action without prejudice.

IT IS FURTHER ORDERED that the Clerk of the Court must send Plaintiff the approved form application to proceed *in forma pauperis* for inmate along with the information and instructions for filing the same.

Dated this 15th day of March, 2025.

                                                                           
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE