UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JONTAE LEWIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RONALD OLIVER,<br><br>　　　　Defendant. | Case No. 2:25-cv-00030-APG-EJY<br><br>**ORDER** |

　　　　Pending before the Court is Plaintiff's second incomplete *in forma pauperis* application ("IFP") filed on March 19, 2025. ECF No. 6. Unfortunately, the application fails to include the required financial certificate signed by both Plaintiff and a prison or jail official. 28 U.S.C. § 1915(a)(2); Local Rule LSR 1-2. The Court grants Plaintiff a third and final opportunity to file a complete IFP application, including a complete financial certificate. Absent unusual circumstances, the Court will not grant a fourth opportunity to file a complete *in forma pauperis* application.

　　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's second application to proceed *in forma pauperis* (ECF No. 6) is DENIED without prejudice.

　　　　IT IS FURTHER ORDERED that on or before **June 30, 2025**, Plaintiff must file a **complete** IFP application on this Court's approved form, which must **include a Financial Certificate properly executed by both Plaintiff and a prison or jail official**. Alternatively, Plaintiff may pay the $405 filing fee for a civil action on or before this date. Absent unusual circumstances, the Court will not grant a fourth opportunity to file a complete *in forma pauperis* application.

　　　　IT IS FURTHER ORDERED that failure to timely comply with the substance and time requirements contained in this Order will result in a recommendation to dismiss this action without prejudice.

1

1   IT IS FURTHER ORDERED that the Clerk of the Court must send Plaintiff the approved form application to proceed *in forma pauperis* for inmate along with the information and instructions for filing the same.

Dated this 7th day of May, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE