# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Jontae Lewis,

          Plaintiff,

  v.

Ronald Oliver,

          Defendants.

Case No.: 2:25-cv-00030-APG-EJY

**Order**

Plaintiff is no longer at the address on file with the Court as the most recent mail sent to him at Southern Desert Correctional Center was returned as undeliverable with a notation stating "@ RSC 184." ECF Nos. 11, 12. The Court understands this notation to indicate Plaintiff was released to residential confinement. However, Plaintiff has not updated his address as required by U.S. District Court for the District of Nevada Local Rule IA 3-1. This Rule requires a *pro se* party to "immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." *Id.* Failure of a *pro se* party to update his address "may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id.* Additionally, now that Plaintiff is no longer incarcerated, he must file an application to proceed *in forma pauperis* ("IFP") for non-inmates or pay the full $405 filing fee.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Application to Proceed *in forma pauperis* for prisoners (ECF No. 8) is DENIED as moot.

IT IS FURTHER ORDERED that on or before **November 28, 2025**, Plaintiff must (1) update his address with the Court and (2) either pay the $405 filing fee for a civil action or file a complete application to proceed *in forma pauperis* by a non-prisoner.

IT IS FURTHER ORDERED that the Clerk of the Clerk must send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document titled information and instructions for filing the same.

IT IS FURTHER ORDERED that failure to comply with this Order may result in a recommendation to dismiss this action without prejudice. A dismissal without prejudice allows Plaintiff to file his case with the Court, under a new case number, when he is able to update his address and file a complete IFP application for non-inmates or pay the filing fee.

Dated this 27th day of October, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2